**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00263-CV**
_____

**JULIA ANN POFF, Appellant**

**V.**

**WILLIAM HARVEY POFF, Appellee**

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-06-10371**

**MEMORANDUM OPINION**

On July 10, 2025, Julia Ann Poff filed a notice of appeal from an order denying a protective order in Trial Cause Number 25-06-10371. After perfecting her appeal, Poff failed to file a brief.

On February 5, 2026, the Clerk of the Ninth Court of Appeals notified the parties that Appellant had not filed a brief and advised the parties that her appeal would be submitted without briefs unless by February 17, 2026, Appellant filed a brief and a motion to extend the deadline in which she had to file her brief. We

1

warned that if the Court submitted her appeal without briefs that the Court could dismiss her appeal for want of prosecution.

On March 2, 2026, the Clerk notified the parties that on March 23, 2026, the appeal would be submitted to the Court without briefs and without oral argument. *See* Tex. R. App. P. 39.8. Because Poff has not filed a brief in her appeal assigning any error to any of the trial court's rulings, we dismiss Poff's appeal for want of prosecution. *See id*. 38.8(a)(1), 42.3(b), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 23, 2026
Opinion Delivered March 26, 2026

Before Golemon, C.J., Wright and Chambers, JJ.

2